UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW GREEN, | ) | Case No. EDCV 14-1514 SVW(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.D. BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 29, 2014

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE